## STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 381 (AC 24163), which the Supreme Court accepts as filed on April 12, 2005, is denied.

*Augustus J. Simmons*, pro se, in support of the petition.

*Erik T. Lohr*, special deputy assistant state's attorney, in opposition.

Decided April 12, 2005